George McNally, Esq.
Nevada Bar No. 926
Thomas Luria, Esq.
Nevada Bar No. 12811
Senior Law Project
1155 E. 9th Street, Ste 25
Reno, NV 89512
gmcnally@nlslaw.net
tluria@nlslaw.net
(775)334-3050
(775)334-3056 (facsimile)
Attorneys for Plaintiff

**IN AND FOR THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY LAW, <br><br> Plaintiff, <br><br> vs. <br><br> DITECH FINANCIAL, LLC, f.k.a. GREEN TREE SERVICING, LLC, DOES I-X, and ROE CORPORATIONS I-X, <br><br> Defendants. | 3:14-CV-00597-MMD-VPC |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff MARY LAW, by and through her counsel of record, GEORGE McNALLY, ESQ. and THOMAS LURIA, ESQ., of NEVADA LEGAL SERVICES, INC.'s SENIOR LAW PROJECT, and Defendant DITECH FINANCIAL, LLC, F.K.A. GREEN TREE SERVICING LLC, by and through its counsel of record, ANDREW A. BAO, ESQ., of the law firm of WOLFE & WYMAN, LLP, do hereby stipulate to the dismissal of this matter with prejudice, each party to bear their own attorney's fees and costs.

/ / /

Nevada Legal Services
Senior Law Project
1155 E. 9th St. Ste. 25

1  IT IS SO STIPULATED.

2  DATED: July 15th, 2016

3                                               WOLFE & WYMAN LLP

By: /s/ Andrew A. Bao  SBN 10508
    **Andrew A. Bao, Esq.**
    **Nevada State Bar No. 10508**
    *aabao@wolfewyman.com*
    **WOLFE & WYMAN LLP**
    **980 Kelly Johnson Drive, Suite 140**
    **Las Vegas, NV  89119**
    **Tel: (702) 476-0100**
    **Fax: (702) 476-0101**
    **Attorneys for Defendant**
    **DITECH FINANCIAL LLC FKA**
    **GREEN TREE SERVICING LLC**

DATED:  July 15th, 2016          NEVADA LEGAL SERVICES

By: /s/ Thomas Luria  SBN 12811
    **Thomas Luria, Esq.**
    **Nevada State Bar No. 12811**
    *tluria@nlslaw.net*
    **Nevada Legal Services, Inc.**
    **Senior Law Project**
    **1155 E. 9th Street, Ste 25**
    **Reno, NV 89512**
    **(775)334-3050**
    **(775)334-3056 (facsimile)**
    **Attorneys for Plaintiff**
    **MARY LAW**

**ORDER**

By stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that:

    a) Plaintiff's Complaint is dismissed with prejudice.

    b) Each party shall bear their own attorney's fees and costs.

[IN THE ALTERNATIVE]

    IT IS HEREBY ORDERED that: _____

_____

_____

**IT IS SO ORDERED.**

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: July 18, 2016

Submitted by,

**NEVADA LEGAL SERVICES, INC.**

BY:   /s/ Thomas Luria

George McNally, Esq.
Nevada Bar No. 926
Thomas Luria, Esq.
Nevada Bar No. 12811
Attorneys for Plaintiff